AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**CRIMINAL COMPLAINT**

**FREDDIE TILLERY, JR.**

**CASE NUMBER:**

**(Name and Address of Defendant)**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __**MAY 17, 2005**__ in __**WASHINGTON**__ county, in the _____ District of __**COLUMBIA**__ defendant(s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title __**21**__ United States Code, Section(s) __**841(a)(1)**__.

I further state that I am __**SPECIAL AGENT KEVIN ASHBY**__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant
**SPECIAL AGENT KEVIN ASHBY**
**FEDERAL BUREAU OF INVESTIGATION**

Sworn to before me and subscribed in my presence,

_____   at   __Washington, D.C.__
Date                                                                 City and State

_____        _____
Name & Title of Judicial Officer                      Signature of Judicial Officer