UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Crim. No. 05-295M-01 (AK/TFH) |
| FREDDIE TILLERY, JR. | : |

**ORDER**

Upon consideration of Defendant's Motion to Review Bond Status, and any opposition thereto, it is, this     day of                    , 2005, hereby

ORDERED, that Defendant's Motion is GRANTED; it is further

ORDERED, that Defendant shall be released under the following conditions:

_____
Thomas F. Hogan, Chief Judge
of the United States District Court
for the District of Columbia

Copies to:

Barry Wiegand, AUSA
Stephen F. Brennwald