UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Crim. No. 05-295M-01 (AK/TFH) |
| FREDDIE TILLERY, JR. | : |

**APPEARANCE OF COUNSEL FOR DEFENDANT**

Please enter the appearance of undersigned counsel on behalf of the Defendant.

    Stephen F. Brennwald, Esq.
    Bar No. 398319
    Brennwald & Robertson, LLP
    922 Pennsylvania Avenue, S.E.
    Washington, D.C.  20003
    (202) 544-1990
    (202) 544-5003 (facsimile)
    (301) 928-7727 (cell)
    E-mail:  sfbrennwald@cs.com
    Panel Attorney