UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 2 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA ::

:: CRIMINAL NO. 05-295H-01

vs. ::

::

*Freddie Tilley, Jr.* ::

Registration No. 28114-016 ::

ORDER

It is hereby ordered that the Defendant *Freddie Tilley* be committed to the custody of the Attorney General or a designated representative for confinement in the corrections facility separate, to the extent practical, apart from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. Upon order of a Court of the United States of America or at the request of the United States Attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purposes of an appearance in connection with a court proceeding.

SO ORDERED, this 23rd day of May, 2005.

ALAN KAY
UNITED STATES MAGISTRATE JUDGE