UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Crim. No. 05-231 (RJL) |
| FREDDIE TILLERY, JR. | : |

**DEFENDANT'S MOTION TO CONTINUE STATUS CONFERENCE**

COMES NOW Freddie Tillery, Jr., through undersigned counsel, Stephen F. Brennwald, and respectfully moves to continue the Status Conference set for July 15, 2005 before this Court.

1. Mr. Tillery has been indicted in and arraigned on a two-count indictment charging him with Unlawful Distribution of a mixture and substance containing a detectable amount of cocaine base, in violation of 21 U.S.C. § 841(a)(1). Specifically, the government alleges that on May 17, 2005, Mr. Tillery sold $60 worth of cocaine to a cooperating witness. (The government also alleged at the detention hearing that Mr. Tillery sold to the same cooperating witness $40 worth of cocaine on May 16, 2005.

2. Mr. Tillery has been released to a halfway-house.

3. Counsel for Mr. Tillery will be out of the country from July 7 to July 18, 2005. This travel period was planned months before this hearing was set.

4. The United States Attorney's Office does not object to this motion.

WHEREFORE, for the foregoing reasons, as well as for such other reasons as may appear to this Court, defendant prays that the status conference set for July 15, 2005 be re-set to a date mutually available to all counsel and the Court.

Respectfully submitted,


Stephen F. Brennwald, Esq.
Brennwald & Robertson, LLP
922 Pennsylvania Avenue, S.E.
Washington, D.C.  20003
(202) 544-1990

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Crim. No. 05-231 (RJL) |
| FREDDIE TILLERY, JR. | : |

**ORDER**

Upon consideration of Defendant's Motion to Continue Status Conference, and the government's consent thereto, it is, this ___ day of _____, 2005, hereby

ORDERED, that Defendant's Motion is GRANTED; it is further

ORDERED, that a new Status Conference shall be held on _____, 2005.

_____
Richard J. Leon
United States District Judge
United States District Court
for the District of Columbia

Copies to:

Anthony Scarpelli, AUSA
Stephen F. Brennwald