UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-231 (RJL)** |
| | : | |
| v. | : | |
| | : | |
| **FREDDIE TILLERY** | : | |
| | : | |
| | : | |
| **Defendant.** | | |

## NOTICE OF ASSIGNMENT AND SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is currently assigned to Assistant United States Attorney, Amy Jeffress. This is a notice that Assistant United States Attorney, Anthony Scarpelli, Bar Number 474711, telephone number (202) 353-1679, is entering appearance as substitute counsel in this same matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
ASSISTANT UNITED STATES ATTORNEY
ANTHONY SCARPELLI
Bar No. 474711
555 4th Street, N.W., Room 4816
Washington, DC 20530
(202) 353-1679

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 21st day of July, 2005, a copy of the foregoing Notice of Assignment and Substitution of Counsel was electronically mailed to counsel for the defendant, Stephen Brenwald.

 

_____
ANTHONY SCARPELLI
Assistant United States Attorney