CO-526
(12/86)

FILED

OCT 11 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     )
                             )
                             )
          vs.                )     Criminal No. 05-231 (RJL)
                             )
  Freddie Tillery            )
                             )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
            Defendant

_____
       Counsel for defendant

I consent:

_____
     United States Attorney

Approved:

_____
              Judge