UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Crim. No. 05-231 (RJL) |
| FREDDIE TILLERY, JR. | : |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING**

COMES NOW Freddie Tillery, Jr., through undersigned counsel, Stephen F. Brennwald, and in support of Defendant's Unopposed Motion to Continue Sentencing, states as follows:

1. Mr. Tillery is awaiting sentencing after having pled guilty to one count of Unlawful Distribution of a mixture and substance containing a detectable amount of cocaine base, in violation of 21 U.S.C. § 841(a)(1).

2. Sentencing is set for January 19, 2006.

3. Because of difficulties coordinating the defendant's and counsel's work-schedules with the probation officer's availability, the PSI interview only occurred today, December 13, 2005.

4. Because of time constraints, the PSIR will not be available in time for sentencing to occur on January 19, 2006. Therefore, the parties (including Probation Officer Laverne Ebron) ask that this sentencing be re-scheduled to a date convenient to all parties on or after February 19, 2006.

WHEREFORE, for the foregoing reasons, as well as for such other reasons as may appear to this Court, the parties ask that the Defendant's sentencing be continued until February 19, 2006 or thereafter.

Respectfully submitted,

Stephen F. Brennwald, Esq.
Brennwald & Robertson, LLP
922 Pennsylvania Avenue, S.E.
Washington, D.C.  20003
(202) 544-1990

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was sent to counsel for all parties by electronic case-filing this 13th day of December, 2006.

Stephen F. Brennwald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Crim. No. 05-231 (RJL) |
| FREDDIE TILLERY, JR. | : |

**ORDER**

Upon consideration of Defendant's Unopposed Motion to Continue Sentencing, it is, this     day of                , 2006, hereby

ORDERED, that the Defendant's sentencing is continued until                 ; it is further

ORDERED, that the parties shall submit any sentencing memoranda by           .

_____
Richard J. Leon
United States District Judge