UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Crim. No. 05-231 (RJL) |
| FREDDIE TILLERY, JR. | : |

**DEFENDANT'S MOTION FOR WEEKEND OVERNIGHT RELEASE**

COMES NOW Freddie Tillery, Jr., through undersigned counsel, Stephen F. Brennwald, and in support of Defendant's Motion for Weekend Overnight Release, states as follows:

1. Mr. Tillery is awaiting sentencing after having pled guilty to one count of Unlawful Distribution of a mixture and substance containing a detectable amount of cocaine base, in violation of 21 U.S.C. § 841(a)(1).

2. Mr. Tillery was initially held in this case, and then ordered released to a halfway house on June 28, 2005.

3. Because of administrative errors, Mr. Tillery was not released to a halfway-house until September 2, 2005.

4. Since that time, Mr. Tillery's adjustment in the halfway-house has been excellent. Mr. Tillery is employed, is testing negative consistently, and returns to the halfway-house as scheduled.

5. At this point, Mr. Tillery is allowed to leave the halfway-house on Saturdays and Sundays, from 8 a.m. to 9 p.m. He must return each Saturday night at 9, only to be released the next morning.

6. Because Mr. Tillery's adjustment is excellent, he asks that this Court sign an Order allowing him to be released on weekends, from Saturday morning at 8:00 a.m. until Sunday night at 9:00 p.m.is 33 years old.

7. Were Mr. Tillery released, he would stay on Saturday nights with his girlfriend of six years, Ms. Lamonica Gross.  Ms. Gross is employed, and is a positive influence in Mr. Tillery's life.

8. The Court had considered this issue before, in open court, but suggested that the parties wait and see how Mr. Tillery performed while on weekend-day release.  Because he has performed admirably for the past two months, he asks this Court to re-consider his release, and allow him to spend the weekends at home.

9. The halfway-house has informed counsel that Mr. Tillery will not automatically "earn" overnight release during the weekends, no matter how positive his adjustment is during the week.  Rather, his case manager noted, this Court must order overnight release.

10. The United States, as far as counsel can determine, does not oppose this motion.

WHEREFORE, for the foregoing reasons, as well as for such other reasons as may appear to this Court, defendant prays that his bond be modified to allow weekend overnight visitation.

        Respectfully submitted,

        Stephen F. Brennwald, Esq.
        Brennwald & Robertson, LLP
        922 Pennsylvania Avenue, S.E.
        Washington, D.C.  20003
        (202) 544-1990

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was sent to counsel for all parties by electronic case-filing this 13th day of December, 2006.

        Stephen F. Brennwald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES                          :

    v.                                  :  Crim. No. 05-231 (RJL)

FREDDIE TILLERY, JR.                   :

**ORDER**

Upon consideration of Defendant's Motion for Weekend Overnight Release, it is,

this      day of                , 2006, hereby

ORDERED, that the Defendant shall be released from the halfway-house from Saturday, at 8:00 a.m. until Sunday at 9:00 p.m.            .

_____
Richard J. Leon
United States District Judge