HONORABLE RICHARD J. LEON, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 2 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-05-0231</u> |
|---|---|---|
| vs. | : | SSN: |
| Tillery, Jr., Freddie | : | Disclosure Date: <u>January 31, 2006</u> |

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____        _____
**Prosecuting Attorney**                                                **Date**

**For the Defendant**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_Freddie Tillery Jr._ 2/14/06       _Stephen Greenwood_ 2/2/06
**Defendant**           **Date**         **Defense Counsel**      **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **February 10, 2006,** to U.S. Probation Officer **LaVerne Ebron**, telephone number **(202) 565-1376**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

**By:** Richard A. Houck, Jr., Chief
United States Probation Officer

**Receipt and Acknowledgment**                                                                 Page 2

1. PARAGRAPH 9 IS INCORRECT. DEFENDANT WAS TO HAVE BEEN RELEASED TO A HALWAY-HOUSE ON 6-28-05. HE WAS NOT RELEASED FROM THE D.C. JAIL UNTIL SEPTEMBER 3, 2005. THE PSI INCORRECTLY STATES THAT MR TILLERY WAS RELEASED FROM THE JAIL ON JULY 29, 2005

Signed by: _Stephen F Brunwell_
(Defendant/Defense Attorney/AUSA)

Date: 2-16-06